IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JONATHAN LOYD,

      Appellant,

v.

Case No.  5D22-759
LT Case No. 2009-CF-003544-B-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 24, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Renee A. Roche, Judge.

Jonathan Loyd, Wewahitchka, pro se.

No Appearance for Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., COHEN and EDWARDS, JJ., concur.